■ HENRY HERBST et al., Appellants, v NATIONAL WATCH, LTD., et al., Defendants. MANUFACTURERS HANOVER TRUST COMPANY, Respondent, v NATIONAL WATCH, LTD., et al., Defendants.—Order, Supreme Court, New York County, entered on August 3, 1978, unanimously affirmed for the

reasons stated by Kirschenbaum, J., at Special Term, on the motion to renew. Respondent shall recover of appellants $50 costs and disbursements of this appeal. No opinion. Concur—Birns, J. P., Sandler, Bloom, Lane and Lupiano, JJ.